UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ACUITY MUTUAL INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:09-CV-157 |
| v. | ) | *Edgar / Lee* |
| | ) | |
| DARRELL FRYE and DARRELL AND | ) | |
| LAFONNE FRYE, d/b/a TRINITY | ) | |
| LEARNING CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are Plaintiff's motions to compel responses to requests for production of documents [Doc. 37] and to strike Plaintiff's motion to compel responses [Doc. 43]. Plaintiff represents that the subject documents are expected to be produced during scheduled depositions pursuant to a subpoena duces tecum. For good cause shown, Plaintiff's motion to strike the motion to compel [Doc. 43] is therefore **GRANTED** and Plaintiff's motion to compel is **STRICKEN**. The hearing scheduled for December 15, 2009, is **CANCELLED**.

SO ORDERED.

ENTER:

                                  s/*Susan K. Lee*
                                  SUSAN K. LEE
                                  UNITED STATES MAGISTRATE JUDGE