UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

ACUITY MUTUAL INSURANCE )
COMPANY )
 )
    Plaintiff, )
 )
v. ) Case No. 1:09-cv-157
 ) Judge Edgar
DARRELL FRYE and LAFONNE )
FRYE d/b/a TRINITY LEARNING )
CENTER )
 )
    Defendants. )

## VERDICT FORM

1. We, the jury, find that defendant DARRELL FRYE _did not_ intentionally set the fire (did not / did) to the building at 621 Shallowford Road, Chattanooga, Tennessee, on February 9, 2009.

    [If you answered "did" to Question 1 then your deliberations are completed and you will not answer any other questions. If you answered "did not" to Question 1, then proceed to answer Questions 2, 3 and 4.]

2. We, the jury, find that defendant DARRELL FRYE has proved that the reasonable value of the fire loss and damage to the building is $ _35,000.00_ .

    [This amount shall not exceed $218,500]

3. We, the jury, find that defendant LAFONNE FRYE has proved that the reasonable value of the fire loss and damage to her business property in connection with Trinity Learning Center is $ 4500.00/xx.

[This amount shall not exceed $20,000.]

4. We, the jury, find that defendant LAFONNE FRYE has proved that she suffered the loss of business income from Trinity Learning Center in the amount of $ 18,000.00/xx.

[This amount shall not exceed $125,000.]

[If you answered in Questions 2, 3, and 4 that the defendants are not entitled to recover any money under the insurance policy, then you will not answer Question 5. If you answered in Questions 2, 3, or 4 that the defendants are entitled to recover some amount of money under the insurance policy, then answer Question 5.]

5. We, the jury, find that the defendants _Are Not_ entitled to recover prejudgment
are not / are

interest from plaintiff ACUITY INSURANCE COMPANY at the rate of __0__ % per annum

beginning on _____.
               date

[The rate of interest shall not exceed 10% per annum.]

_[signature]_

*Foreperson*

_April 16, 2010_

*Date*