UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

ACUITY MUTUAL INSURANCE )
COMPANY, )
 )
    Plaintiff, )
 )
v. ) Case No. 1:09-cv-157
 ) Judge Edgar
DARRELL FRYE and LAFONNE )
FRYE d/b/a TRINITY LEARNING )
CENTER, )
 )
    Defendants. )

## ORDER

The Court held a jury trial in this case on April 13-16, 2010. The jury returned a verdict finding that Darrell Frye did not intentionally set fire to the insured building. The jury awarded the following damages to Darrell Frye and LaFonne Frye doing business as Trinity Learning Center on their counterclaim under the fire insurance policy. The jury found that: (1) Darrell Frye proved the reasonable value of the fire loss and damage to the insured building he owns is $35,000; (2) LaFonne Frye proved the reasonable value of the fire loss and damage to her business property in connection with the Trinity Learning Center is $4,500; and (3) LaFonne Frye proved loss of business income from the Trinity Learning Center in the amount of $18,000.

On April 19, 2010, the Clerk of the District Court entered a judgment in accordance with the jury's verdict. [Doc. No. 185]. On July 30, 2010, the Court granted in part a motion by Darrell Frye and LaFonne Frye for a new trial on the issue of damages pursuant to Fed. R. Civ. P. 59(a)(1)(A). [Doc. No. 196]. The Court granted a partial new trial to Darrell Frye solely on the issue of determining the reasonable value and amount of the fire loss and damage to the insured building.
1

A new jury trial is scheduled to commence on November 16, 2010. The sole issue remaining for the new trial is to determine the reasonable value and amount of the fire loss and damage to the insured building owned by Darrell Frye.

The parties have advised the Court that there is no need for a new trial on the sole remaining issue. The parties have agreed to stipulations which make it unnecessary to proceed with a new trial. The parties stipulate that the proof to be offered at trial would establish that the amount of the fire loss and damage to the insured building exceeds the maximum coverage limit provided in the insurance policy. [Doc. No. 208]. There are no disputed issues of fact that warrant a new trial on the issue of damages to the insured building. [Doc. Nos. 218, 219]. On November 12, 2010, the parties submitted an additional stipulation which provides that $225,565.25 is the correct limit of liability coverage in the insurance policy for the insured building.

Accordingly, the final pretrial conference scheduled for November 15, 2010, and the jury trial scheduled for November 16, 2010, are **CANCELED**. The judgment entered on April 19, 2010 [Doc. No. 185] shall be vacated and set aside, and the Court will render an amended final judgment. The motion by Darrell Frye for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) [Doc. No. 220] is **DENIED** as moot.

SO ORDERED.

ENTER this 12th day of November, 2010.

                                       */s/ R. Allan Edgar*
                                       R. ALLAN EDGAR
                               UNITED STATES DISTRICT JUDGE